```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

CAPITAL ONE, NATIONAL ASSOCIATION          CIVIL ACTION

VERSUS                                     NO: 06-5452

ALLSTATE FLOOD INSURANCE PROGRAM, ET AL    SECTION: "J"(2)

### O R D E R

Considering the Notice of Bankruptcy Proceedings filed by defendant (Rec. Doc. 76) and the automatic stay provision of 11 U.S.C. § 362(a)(1);

**IT IS ORDERED** that this matter is hereby **STAYED**;

**IT IS FURTHER ORDERED** that the Clerk of Court mark this action closed for statistical purposes; and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

New Orleans, Louisiana, this 8th day of September, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE